## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH W. POWELL,<br><br>        Plaintiff,<br><br>        v.<br><br>CONTINENTAL CASUALTY CO. and<br>NATIONAL FIRE INSURANCE COMPANY<br>OF HARTFORD,<br><br>        Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

TO THE CHIEF JUDGE AND JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Please take notice that Defendants, Continental Casualty Company and National Fire Insurance Company of Hartford (collectively, "CNA") remove this action pursuant to 28 U.S.C. §1441 and §1446, and in support of the removal, states as follows:

       1.     Plaintiff Kenneth W. Powell ("Powell") brought this action against CNA in the Superior Court of Delaware in and for New Castle County by filing a Complaint on or about October 19, 2005. This lawsuit was assigned the case number C.A. No. 05C-10-166. A true and correct copy of the Complaint and related documents is attached hereto as Exhibit "A."

       2.     Pursuant to 18 Del. C. § 525, Powell served the complaint on the Delaware Insurance Commissioner on November 10, 2005. On or about November 15, 2005, the Delaware Insurance Commissioner sent the Complaint to CNA via certified mail.

       3.     The Complaint constitutes all process, pleadings, and orders received by CNA in this action.

4. The basis for removal is diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a)(1), United States District Courts have jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.

5. Upon information and belief, Powell is an adult resident of the State of Delaware. (*See* Compl. at ¶ 1.)

6. Continental Casualty Company ("Continental") was, at the time this action was commenced, and is, a corporation organized and existing under the laws of the State of Illinois, with its principal place of business at CNA Plaza, Chicago, Illinois. Accordingly, under 28 U.S.C. § 1332(c)(1), Continental is a citizen of the State of Illinois.

7. National Fire Insurance Company of Hartford ("National") was, at the time this action was commenced, and is, a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Rocky Hill, Connecticut. Accordingly, under 28 U.S.C. § 1332(c)(1), National is a citizen of Illinois and Connecticut.

8. According to the Complaint, Powell seeks to recover compensatory damages in excess of $65,856.69. Powell also purports to state a cause of action for breach of covenant of good faith and fair dealing and seeks to recover punitive damages and attorneys' fees and costs.

9. In light of the allegations in the Complaint and Powell's demand for compensatory damages, punitive damages, and attorneys' fees, the amount in controversy exceeds $75,000.

10. Moreover, complete diversity of citizenship exists between Powell, a Delaware citizen, and Continental and National, which are Illinois and/or Connecticut citizens.

11. This present lawsuit is removable from the State Court to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a).

12. This Notice is timely, it being filed within thirty (30) days of CNA's receipt of a copy of the Complaint setting forth the claims for relief upon which the action is based as provided under 28 U.S.C. § 1446(b).

13. CNA will give written notice of the filing of this Notice of Removal to the plaintiff and to the Clerk of the Superior Court of the State of Delaware in and for New Castle County as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants Continental and National, having met all of the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, request that the above-captioned action proceed in this Court.

                                      **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

                                      BY: /s/ William M. Kelleher
                                          William M. Kelleher, Esquire (I.D. No. 3961)
                                          919 N. Market Street, 12th Floor
                                          Wilmington, DE  19801-3034
                                          Phone: 302-242-4465
                                          Facsimile: (302) 252-4466
                                          E-mail: kelleherw@ballardspahr.com

                                          Attorney for Defendants
                                          Continental Casualty Company and National
                                          Fire Insurance Company of Hartford

Dated: December 12, 2005

Of counsel:

Geoffrey A. Kahn, Esquire
John C. Grugan, Esquire
**Ballard Spahr Andrews & Ingersoll, LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
215-665-8500

# CERTIFICATE OF SERVICE

I, William M. Kelleher, certify that I have this 12th day of December served a true and correct copy of the below described pleading or motion upon opposing counsel and the Prothonotary at the addresses listed below:

| | |
|---|---|
| Pleading or Motion served: | Notice of Removal |
| Opposing Counsel: | Perry F. Goldlust, Esquire<br>**Aber, Goldlust, Baker & Over**<br>702 King Street<br>Suite 600<br>P.O. Box 1675<br>Wilmington, DE  19899-1675 |
| Mode of Service: | Via hand delivery mail |
| Prothonotary: | Prothonotary – New Castle County<br>New Castle Courthouse<br>New Castle, Delaware |
| Mode of Service: | Via electronic filing |

/s William M. Kelleher
William M. Kelleher, Esquire (No. 3961)

Dated: December 12, 2005

# EXHIBIT A

NOV. 30. 2005 12:47PM     CNA                                    NO. 536   P. 2


# State of Delaware
## Department of Insurance

MATTHEW DENN
INSURANCE COMMISSIONER

841 SILVER LAKE BLVD.
DOVER, DELAWARE 19904-2465
(302) 739-4251
FACSIMILE (302) 739-5280


5079475

NOVEMBER 15, 2005

**VIA CERTIFIED MAIL (70050390004587511190)**
**RETURN RECEIPT REQUESTED**

NOV 3_ REC'D

JONATHAN KANTOR
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
CNA PLAZA
CHICAGO, IL 60685

RE: KENNETH W. POWELL VS CONTINENTAL CASUALTY AND
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
   SUPERIOR COURT CA NO. 05C-10-166

Dear MR. KANTOR:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner was served with the enclosed legal process on NOVEMBER 10, 2005.

Please do not send your response to the enclosed documentation to the Delaware Insurance Department. Instead, you should respond directly to the person or legal representative identified in the enclosed legal process.

Sincerely,

*Donna M. Wysopal*

Donna M. Wysopal
Administrative Specialist III
Enclosure
cc: PERRY GOLDLUST, ESQ.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

FILED
PROTHONOTARY
2005 OCT 19 PM 4:45

| | |
|---|---|
| KENNETH W. POWELL, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05C-10-166 |
| | ) ARBITRATION |
| CONTINENTAL CASUALTY CO. and | ) |
| NATIONAL FIRE INSURANCE COMPANY | ) JURY OF 6 DEMANDED |
| OF HARTFORD, | ) |
| Defendants. | ) |

SHERIFF'S HANDS
KENT COUNTY, DEL.
2005 NOV -2 AM 10:39

## PRAECIPE

TO: Prothonotary-Superior Court
500 N. King Street
Wilmington, DE 19801

PLEASE ISSUE a Summons and Complaint to the Sheriff of Kent County for service upon the ~~[redacted]~~ Delaware Insurance Department, 841 Silver Lake Boulevard, Dover, Delaware, 19901, to effectuate service upon Defendant ~~[redacted]~~ of Hartford, pursuant to *Del. C.* § 524.

ABER, GOLDLUST, BAKER, & OVER

/s/ Perry F. Goldlust
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorneys for Plaintiff

DATED: October 19, 2005

Client/Powell/Complaint-CNA Insurance (PIP)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

KENNETH W. POWELL,           )
                             )
            Plaintiff,       )
                             )
    v.                       )  C. A. No.: 05C-10-166 RSG
                             )
CONTINENTAL CASUALTY CO. and )  ARBITRATION
NATIONAL FIRE INSURANCE COMPANY )
OF HARTFORD,                 )  JURY OF 6 DEMANDED
                             )
            Defendants.      )  **SUMMONS**

THE STATE OF DELAWARE,
TO THE SHERIFF:
YOU ARE COMMANDED:

To summon the above named defendant, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Perry F. Goldlust, Esquire, plaintiff's attorney, whose address is Suite 600, 702 King Street, Wilmington, DE 19899, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 10/31/05          SHARON D. AGNEW
                         Prothonotary

                         _____
                         Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: _____    SHARON D. AGNEW
                          Prothonotary

                          _____
                          Per Deputy

SHERIFF'S HANDS
KENT COUNTY, DEL.
2005 NOV -2 AM 10:39

NOV. 30. 2005 12:47PM    CNA                                              NO. 536    P. 5

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N)  K   S                       CIVIL ACTION NUMBER: 05C-10-166 RSC

CIVIL CASE CODE: CDBT                    CIVIL CASE TYPE: Debt/Breach of Contract
                (SEE REVERSE SIDE FOR TYPE)

**Caption:**

Kenneth W. Powell, Plaintiff,

v.

Continental Casualty Co. and
National Fire Insurance Company of
Hartford, Defendant.

**Name and Status of Party filing document:**

Kenneth W. Powell, Plaintiff

DOCUMENT TYPE: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)

Complaint
Non-Arbitration
(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration  X    Mediation ___    Neutral Assessment ___
DEFENDANT (CIRCLE ONE)  ACCEPT  REJECT
JURY DEMAND  YES  X    NO ___

TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)
EXPEDITED   (STANDARD)   COMPLEX

**ATTORNEY NAME(S):**

Perry F. Goldlust

**ATTORNEY ID(S):**

PFG-770

**FIRM NAME:**

Aber, Goldlust, Baker & Over

**ADDRESS:**

702 King Street, Suite 600

P. O. Box 1675
Wilmington, DE  19899-1675

**TELEPHONE NUMBER:**

(302) 472-4900

**FAX NUMBER:**

(302) 472-4920

**E-MAIL ADDRESS:**

pgoldlust@gablawde.com

**IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S**

**EXPLAIN THE RELATIONSHIP(S):**

**OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES)

THE PRONTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

NOV. 30. 2005 12:48PM    CNA                                              NO. 536   P. 6

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)
## INSTRUCTIONS

**CIVIL CASE TYPE**
Please select the appropriate civil case code and case type (e.g., CODE - AADM and TYPE - Administrative Agency) from the list below. Enter this information in the designated spaces on the Case Information Statement.

| | |
|---|---|
| **APPEALS**<br>AADM - Administrative Agency<br>ACCP - Court of Common Pleas<br>ACER - Certiorari<br>AFAM - Family Court<br>AIAB - Industrial Accident Board<br>APSC - Public Service Commission<br>AUIB - Unemployment Insurance Appeal Board<br><br>**COMPLAINTS**<br>CAAA - Auto Arb Appeal *<br>CASB - Asbestos<br>CATT - Foreign & Domestic Attachment<br>CCCP - Transfer from CCP *<br>CCHA - Transfer form Chancery *<br>CCON - Condemnation<br>CDBT - Debt/Breach of Contract *<br>CDEF - Defamation *<br>CDEJ - Declaratory Judgment<br>CEJN - Ejectment *<br>CFJG - Foreign Judgment *<br>CINT - Interpleader<br>CLIB - Libel *<br>CMAL - Malpractice *<br>CACT - Class Action<br>CPIA - Personal Injury Auto *<br>CPIN - Personal Injury *<br>CPRD - Property Damage *<br>CPRL - Products Liability *<br>CRPV - Replevin<br>CSBI - Silicone Breast Implant<br>CTAX - Tax Appeal<br>CFRD - Fraud Enforcement<br>CSPD - Summary Proceedings Dispute<br><br>**INVOLUNTARY COMMITMENTS**<br>INVC - Involuntary Commitment | **MISCELLANEOUS**<br>MAAT - Appointment of Attorney<br>MAFF - Application for Forfeiture<br>MCED - Cease and Desist Order<br>MCRO - Complaint Requesting Order<br>MCTO - Consent Order<br>MHAC - Habeas Corpus<br>MIND - Destruction of Indicia of Arrest<br>MISS - Issuance of Subpoena/Material Witness<br>MMAN - Mandamus<br>MOUT - Out of State Deposition<br>MPOS - Writ of Possession<br>MPRO - Writ of Prohibition<br>MROP - Petition for Return of Property<br>MROD - Road Resolution<br>MSAM - Satisfy Mortgage<br>MSOJ - Compel Satisfaction of Judgment<br>MTAX - Tax Ditches<br>MVAC - Vacate Public Road<br>MSEM - Set Aside Satisfaction of Mortgage<br>MSSS - Set Aside Sheriff's Sale<br>MSEL - Sell Real Estate for Property Tax<br>MTOX - Hazardous Substance Cleanup<br>MCVP - Civil Penalty<br>MREF - Tax Intercept<br>MGAR - Appointment of Guardianship<br>MFOR - Intercept of Forfeited Money<br>MSET - Structed Settlement<br><br>**MORTGAGES**<br>MORT - Mortgage<br><br>**MECHANICS LIENS**<br>LIEN - Mechanics Lien *<br><br>**OTHER**<br>OTHR - Specify Type |

**\* Case types subject to Arbitration Rule 16.1**

**DUTY OF THE PLAINTIFF**
Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the complaint.

**DUTY OF THE DEFENDANT**
Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.

Revised 6/2002

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| KENNETH W. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 2005-09-310 |
| ) | |
| CONTINENTAL CASUALTY CO. and ) | ARBITRATION |
| NATIONAL FIRE INSURANCE COMPANY ) | |
| OF HARTFORD, ) | JURY OF 6 DEMANDED |
| ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT I

1. The plaintiff, Kenneth W. Powell, is a resident of the State of Delaware.

2. The defendant, Continental Casualty Co., is an insurance company licensed to do business in the State of Delaware.

3. The defendant, National Fire Insurance Company of Hartford, is an insurance company licensed to do business in the State of Delaware.

3. Plaintiff was employed by Mumford & Miller Concrete, Inc. ("Mumford") at all times pertinent to this lawsuit.

4. On June 24, 2004, the plaintiff, while operating a vehicle owned by Mumford and in the course and scope of his employment with Mumford, was involved in a motor vehicle accident.

5. The defendants are the insurers of the Mumford vehicle that the plaintiff was driving pursuant to Title 21 Del. C. § 2118.

6. As a result of this motor vehicle accident, the plaintiff was injured and required medical treatment.

7. Pursuant to Title 21 Del. C. § 2118, the plaintiff submitted a lost wage claim to the defendants through CNA.

8. The plaintiff's average weekly compensation rate is $816.56, and he was paid worker's compensation at the rate of $523.83. The plaintiff is entitled to $653.25 per week in PIP benefits for the period for which he was disabled.

9. The plaintiff is entitled to the following payments/reimbursements from the defendants:

   A. Reimbursement to the worker's compensation insurance carrier for payments for plaintiff's medical bills in the amount of $21,435.69.

   B. Reimbursement to the worker's compensation insurance carrier for indemnity payments in the amount of $11,000.43 (June 25, 2004 to November 19, 2004).

   C. Reimbursement to the State of Delaware, Department of Labor for 13 weeks of worker's compensation benefits for a total of $6,809.79 for benefits that it paid from November 19, 2004 to February 21, 2005.

   D. Partial payment of total disability payments from June 25, 2004 to February 21, 2005 to the plaintiff. The PIP carrier is to pay the difference in what worker's compensation pays (66.66%) and what PIP pays (80%) or $129.42 per week (34 weeks) for a total of $4,400.28.

   E. Total disability payments from February 21, 2005 to the plaintiff. Plaintiff has not received any benefits and is entitled to $653.25 per week (34 weeks to date) in PIP benefits or $22,210.50.

10. The defendants have breached their contract of insurance with the plaintiff by not paying wages and reimbursements in a timely manner.

11. The plaintiff has had his credit rating threatened as a result of non-payment of lost wages by the defendants.

## COUNT II

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

12. Paragraphs 1 through 11 are incorporated herein by reference as though set forth at length.

13. Defendants have breached the covenant of good faith and fair dealing contained in the contract of commercial motor vehicle insurance to which the plaintiff is a third-party beneficiary by failing to make timely payments for lost wages owed to the plaintiff under the PIP provisions of the defendants' motor vehicle policy.

14. As a proximate result of the breach, plaintiff has suffered emotional distress and anxiety as well as economic hardship due to loss of income.

15. The defendants have been aware of the plaintiff's claim for PIP benefits and have not paid any benefits and have refused to respond to letters.

**WHEREFORE**, the plaintiff prays for judgment against the defendants in the amount of in excess of $65,856.69 for lost wages, reimbursement of worker's compensation payments, reimbursement of medical bill payments, attorney's fees, pre and post-interest, the cost of this action, together with punitive damages and such other relief as the Court may deem just and appropriate.

ABER, GOLDLUST, BAKER, & OVER

PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorneys for Plaintiff

DATED: October 19, 2005

Client/Powell/Complaint-CNA Insurance (PIP)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| KENNETH W. POWELL, ) | |
| Plaintiff, ) | |
| ) | C. A. No. 2005-09-310 |
| v. ) | |
| ) | ARBITRATION |
| CONTINENTAL CASUALTY CO. and ) | |
| NATIONAL FIRE INSURANCE COMPANY ) | JURY OF 6 DEMANDED |
| OF HARTFORD, ) | |
| Defendants. ) | |

## PRAECIPE

TO: Prothonotary-Superior Court
500 N. King Street
Wilmington, DE 19801

PLEASE ISSUE a Summons and Complaint to the Sheriff of Kent County for service upon the Insurance Commissioner, Delaware Insurance Department, 841 Silver Lake Boulevard, Dover, Delaware, 19901, to effectuate service upon Defendant Continental Casualty Co., pursuant to Del. C. § 524.

ABER, GOLDLUST, BAKER, & OVER

PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorneys for Plaintiff

DATED: October 19, 2005

Client/Powell/Complaint-CNA Insurance (PIF)