Law Offices
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

December 12, 2005

Office of the Clerk
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Powell v. Continental Casualty and National Fire Insurance Company of Hartford**

Dear Sir/Madam:

Enclosed please find the original and three (3) copies of a Notice of Removal in the above captioned matter. Kindly file same, and return the time-stamped copies to this office by way of our courier.

Thank you for your courtesy and attention to this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely,

William M. Kelleher

WMK/ki
Enclosures
cc:  Geoffrey A. Kahn, Esquire
     John C. Grugan, Esquire

DMEAST #5007 v1