IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH W. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-855 |
| | ) |
| CONTINENTAL CASUALTY CO. and | ) |
| NATIONAL FIRE INSURANCE COMPANY | ) |
| OF HARTFORD, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that the above-captioned action be dismissed with prejudice.

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
Attorneys for Plaintiff

/s/ William M. Kelleher
WILLIAM M. KELLEHER (DSB No. 3961)
BALLARD SPAHR ANDREWS & INGERSOLL
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
(302) 242-4465, Facsimile (302) 252-4466
kelleher@ballardspahr.com
Attorneys for Defendants

**SO ORDERED** this _____ day of _____ 2005.

_____
                                                              J.